# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Matthew J. Tyree
[You are the PLAINTIFF, print your full name on this line.]

v.

Indiana Dept. Correction
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-438
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Sgt. Heater and | 3038 W. 850 South bunker Hill, IN 46914 |
| 2 | [Put the names of any other defendants in these boxes.] McKoon, Dylan | 3038 W. 850 South bunker Hill, Indiana 46914 |
| 3 |  |  |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  2

2. What is the name and address of your prison or jail? 3038 W. 830 South bunker Hill, Indiana 46914

3. Did the event you are suing about happen there? ✓ Yes.  ○ No, it happened at: Cell 503 S5 Secure Housing at miami correct facility

4. On what date did this event occur? 4-4-23

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. 4-4-23 I a sovereign of the state of Indiana having a place of business in a state other than the state of Indiana protected by its sovereign constitutions statutes was denied my right to grieve and use force against the staff of I.D.O.C. having a place of business the state called Indiana being Indiana Department of corrections I am acting on behalf of the residents whom are or Now also have claims to submit to the court for the year 2023 the staffs names being Named as residents of the state of Indiana Illegally were named and I being the only sovereign to hold facts to claim this because they violated my home, cell and residence are against policy of Department being in effect and relevant to the law the Warden set for the land of Department of corrections and because this is a complaint me being Matthew G. Fyra whom is owner of the land whom approves warden and his policy but not the violations of Departments policy I can and do deserve dual settlement for each constitutional violation of united states in Indiana this 4 day of April 2023

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

of anytime of incident, it's open to other if they infact have claim to the law of the land as much as me unless the are citizens of another state I embark Act of Tyra gruesthan on IDOC on 4-11-23 at 1:45 p.m. and it's under possesion federally by Native americans of the Tyrian Blood.

Dually sworn under oath on November 24, 2013 by judge David yo Kenworthy.

These people are responsible on 1st shift Regardless of the Brackett they violated my person with i.e a sin and threw my legal work on the ground like trash wich was secured in my cell and Removed me in secured fashion with Respect to cripple me and I let them know in a physical fashion my neighbor Dalton was not so lucky in cell 502 he got maced for asking why they were violating the constitution illegaly searching and seizing stuff by being held illegaly on a Void charge as a witness I have to testify I witnessed several inmates getting stomped out back to houses by Lt hensley I needed a job and a place of Residence and a higher pay we are pay debt and would fight in war for you not you or them they are assisting criminals regardless IDOC is corrupted on Lt. Hensley's bracket & shifts I, H, K, J 2 day 2 night shifts are the brackets at all facilities of IDOC these facilities are not legitimate at the point of threats of twice being in jeopardy of life or limb and point of action un-professionalism please send help to weed out the problem and get them trained Sgt. Heater was in charge as a Ranking officer acting inappropriately as well Lt Hensley

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ⊙ After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ⊙ No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ⊙ No, this event is not grievable at this prison or jail.
    ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    Stop this Action grant opportunity to have family in prison and Sexual intercourse with significant others while having cannibis opium, popy, coca, cocoa, hemp ect DRugs, And synthetics and tobbacco with prescriptions on facility ground labeled as private facility to do as they please themselfs. pro se—

[Initial Each Statement]
_MJT_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_MJT_ I will keep a copy of this complaint for my records.
_MJT_ I will promptly notify the court of any change of address.
_MJT_ I WILL NOT send more than one copy of any filing to the court.
_MJT_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_MJT_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _4_/_24_/20_23_ at _____ am/pm.
    [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Matthew J. Tyra_                                              _242227_
Signature                                                       Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]