UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MATTHEW JORDAN TYRA,

    Plaintiff,

    v.                        CAUSE NO. 3:23-CV-438-JD-MGG

INDIANA DEPT CORRECTION, et al.,

    Defendants.

ORDER

    Matthew Jordan Tyra, a prisoner without a lawyer, was initially granted until June 27, 2023, to resolve his filing fee status either by paying the filing fee or filing an in forma pauperis motion with a copy of his inmate trust fund ledger detailing his transactions for the past six months. ECF 2. He was cautioned that if he did not respond by June 27, 2023, this case could be dismissed without further notice. That deadline passed, but he did not respond.

    The court then afforded Tyra until July 21, 2023, to either resolve his filing fee status or show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). ECF 5. He was cautioned that, if he did not respond by the July 21, 2023, deadline, this case could be dismissed without further notice. That deadline passed without a response, so the case will now be dismissed. Nevertheless, Tyra is required to pay the filing fee. *See* 28 U.S.C. § 1915; *Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997).

    For these reasons, the court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, Matthew Jordan Tyra, **IDOC # 242227** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on October 13, 2023

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT