AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW JORDAN TYRA
*also known as*
*Matthew J Tyra*
    Plaintiff

v.   Civil Action No. 3:23-cv-438

INDIANA DEPT CORRECTION

HEATHER, *Sgt., and*

DYLAN MCKOON
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Jon E. DeGuilio.

DATE:  10/16/2023   CHANDA J. BERTA, CLERK OF COURT
by    s/N. Corle
*Signature of Clerk or Deputy Clerk*